UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANNAMARIE D. RIETHMILLER, )</br>)</br>Plaintiff, )</br>)</br>v. )</br>)</br>ELECTORS FOR THE STATE, )</br>)</br>Defendant. ) | No. 4:12-CV-1739 CAS |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis and for review of plaintiff's complaint. Based on plaintiff's financial information, the Court finds that plaintiff may proceed without payment of the filing fee. See 28 U.S.C. § 1915(a). Under 28 U.S.C. § 1915(e), the Court is required to review the complaint and to dismiss it if it is frivolous, malicious, or fails to state a claim upon which relief can be granted.

The complaint is fifty-two pages of nonsensical and delusional allegations about a psychiatrist who treated plaintiff's husband and President Obama's conspiracy with the psychiatrist to deprive plaintiff of her constitutional rights. For example, plaintiff says, "I no longer have certainty as to my last name as a direct result of the Obama regime." Additionally, the complaint appears to be one of many such complaints filed by plaintiff around the country. See, e.g., Riethmiller v. Ezell, 8:12CV1796 JSM/AEP (M.D. Fla.) (dismissing case as "utterly frivolous" and noting that plaintiff had filed six prior cases in that court). After review, the Court finds that the complaint is frivolous under Denton v. Hernandez, 504 U.S. 25, 32-33 (1992) (allegations are frivolous if they are "fanciful," "delusional," or "fantastic").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **GRANTED**.  [Doc. 2]

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  27th  day of September, 2012.